**Fill in this information to identify the case:**

United States Bankruptcy Court  for the:

_____ District of __Massachusetts__
(State)

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an
amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

| Part 1: | Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed |
|---|---|

**1. Chapter of the Bankruptcy Code**

*Check one:*

☑ Chapter 7
☐ Chapter 11

| Part 2: | Identify the Debtor |
|---|---|

**2. Debtor's name**

__HH Technology Corp.__

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

_____
_____
_____

**4. Debtor's federal Employer Identification Number (EIN)**

☑ Unknown

EIN __ __ – __ __ __ __ __ __ __

**5. Debtor's address**

**Principal place of business**

__500 Cummings Center__
Number    Street

__Suite 3470__

__Beverly__          __MA__   __01915__
City                State   ZIP Code

__Essex__
County

**Mailing address, if different**

_____
Number    Street

_____
P.O. Box

_____
City          State   ZIP Code

**Location of principal assets, if different from principal place of business**

__124 Washington Street__
Number    Street

__Suite 101__

__Foxboro__          __MA__   __02035__
City                State   ZIP Code

Debtor __HH Technology Corp._____     Case number (if known)_____
Name

---

**6. Debtor's website (URL)**     __https://hhtservices.com/_____

---

**7. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other type of debtor. Specify: _____

---

**8. Type of debtor's business**

*Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the types of business listed.
☐ Unknown type of business.

---

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☑ No
☐ Yes. Debtor _____   Relationship _____

District _____   Date filed _____   Case number, if known_____
MM / DD / YYYY

Debtor _____   Relationship _____

District _____   Date filed _____   Case number, if known_____
MM / DD / YYYY

---

**Part 3:   Report About the Case**

---

**10. Venue**

*Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

---

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☐ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☑ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

---

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Debtor   __HH Technology Corp._____     Case number (if known)_____
Name

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | PCC Rokita S.A. | Damages for Breach of Contract | $ 12,185,288.66 |
| | _____ | _____ | $ _____ |
| | _____ | _____ | $ _____ |
| | | Total of petitioners' claims | $ 12,185,288.66 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:   Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner** | |
| __PCC Rokita S.A._____ <br> Name | __Ilyas J. Rona, Esq._____ <br> Printed name |
| __ul. Sienkiewicza 4_____ <br> Number   Street | __Milligan Rona Duran & King LLC_____ <br> Firm name, if any |
| __56-120 Brzeg Dolny__   __Poland__   _____ <br> City            State          ZIP Code | __50 Congress Street, Suite 600_____ <br> Number   Street |
| **Name and mailing address of petitioner's representative, if any** | __Boston__          __MA__   __02109__ <br> City            State          ZIP Code |
| __Natalia Rajczyk-Obierec & Rafal Zdon_____ <br> Name | Contact phone __(617) 395-9570__   Email __ijr@mrdklaw.com__ |
| __ul. Sienkiewicza 4_____ <br> Number   Street | Bar number __642964__ |
| __56-120 Brzeg Dolny__   __Poland__   _____ <br> City            State          ZIP Code | State   __Massachusetts__ |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __02 / 11 / 2022__
MM / DD / YYYY

✗ [signature]   Wiceprezes Zarządu
Prokurent   Dyrektor Finansowy
Natalia Rajczyk-Obier...
Signature of petitioner or representative, including representative's title

✗ [signature]
Signature of attorney

Date signed __02 / 11 / 2022__
MM / DD / YYYY

* Unsworn declaration required by 28 U.S.C. § 1746 and Bankr. R. 1008.

Debtor _____    Case number (if known) _____
Name

**Name and mailing address of petitioner**

Name _____

Number    Street _____

City _____  State _____  ZIP Code _____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number    Street _____

City _____  State _____  ZIP Code _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

✖ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number    Street _____

City _____  State _____  ZIP Code _____

Contact phone _____  Email _____

Bar number _____

State _____

✖ _____
Signature of attorney

Date signed _____
MM / DD / YYYY

**Name and mailing address of petitioner**

Name _____

Number    Street _____

City _____  State _____  ZIP Code _____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number    Street _____

City _____  State _____  ZIP Code _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

✖ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number    Street _____

City _____  State _____  ZIP Code _____

Contact phone _____  Email _____

Bar number _____

State _____

✖ _____
Signature of attorney

Date signed _____
MM / DD / YYYY